UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY AVILA,<br><br>                         Plaintiff,<br><br>-against-<br><br>ACACIA NETWORK, INC., *et al.*,<br><br>                         Defendants. | 24-CV-0922 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the February 9, 2024, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 9, 2024
             New York, New York

                                                      /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                        Chief United States District Judge